"When the imposition of a mandatory prison term is statutorily-mandated for a specific felony offense, is the trial court permitted to impose a total prison term within the maximum allowed, only a portion of which is mandatory under the statute?"

The conflict case is *State v. Thomas*, 3d Dist. Allen No. 1–04–88, 2005-Ohio-4616.

LANZINGER, J., dissents.

**2014–0428. State v. Isa.**

Champaign App. No. 2013 CA 20, 2014-Ohio-139. On motion for delayed appeal. Motion denied.

PFEIFER, KENNEDY, and O'NEILL, JJ., dissent.

**2014–0431. State v. Johnson.**

Medina App. No. 12CA0066–M, 2014-Ohio-62. On motion for delayed appeal. Motion granted.

O'DONNELL, KENNEDY, and FRENCH, JJ., dissent.

**2014–0455. State v. Bostick.**

Summit App. No. 26880, 2013-Ohio-5784. On motion for delayed appeal. Motion denied.

PFEIFER, KENNEDY, and O'NEILL, JJ., dissent.

**2014–0485. SRMOF 2009–1 Trust v. Lewis.**

Butler App. Nos. CA2012–11–239 and CA2013–05–068, 2014-Ohio-71. On review of order certifying a conflict, the court determines that a conflict exists on both issues certified. The parties are to brief issue 1 stated on pages 2–3 of the court of appeals' entry filed March 12, 2014:

"In order to establish standing in a foreclosure action and invoke the jurisdiction of the common pleas court, must the plaintiff establish at the time complaint for foreclosure is filed that it has an interest in both the note and the mortgage, or is it sufficient if the Plaintiff demonstrates an interest in either the note or the mortgage?"

The conflict case is *BAC Home Loans Servicing v. McFerren*, 9th Dist. Summit No. 26384, 2013-Ohio-3228.

O'DONNELL, J., dissents.

Issue 2 is held for the decision in 2012–2110, *CitiMortgage, Inc. v. Roznowski*, 5th Dist. Stark No. 2012–CA–93, 2012-Ohio-4901; and briefing schedule stayed.

**2014–0500. State v. Robinson.**

Butler App. No. CA2013–05–085, 2013-Ohio-5672. On motion for delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2014–0506. State v. Arnold.**

Meigs App. No. 11CA21, 2014-Ohio-264. On motion for delayed appeal. Motion denied.

PFEIFER, LANZINGER, and O'NEILL, JJ., dissent.

# APPEALS ACCEPTED FOR REVIEW

**2014–0164. Stewart v. Lockland School Dist. Bd. of Edn.**

Hamilton App. No. C–130263, 2013-Ohio-5513.

O'CONNOR, C.J., and O'DONNELL and KENNEDY, JJ., dissent.

**2014–0189. Bundy v. State.**

Montgomery App. No. 25665, 2013-Ohio-5619.

O'CONNOR, C.J., and FRENCH and O'NEILL, JJ., dissent.

**2014–0296. U.S. Bank, N.A. v. Cooper.**

Medina App. No. 12CA0084–M, 2014-Ohio-61. Discretionary appeal accepted and cause held for the decision in 2013–0304, *Bank of Am., N.A. v. Kuchta*, 9th Dist. Medina No. 12CA0025–M, 2012-Ohio-5562; and briefing schedule stayed.

O'CONNOR, C.J., and PFEIFER and O'DONNELL, JJ., dissent.

**2014–0354. In re A.C.**

Hamilton App. Nos. C–130416, C–130464, and C–130467, 2014-Ohio-174. Discretionary appeal accepted and cause held for the decision in 2013–0579, *In re D.M.*, 1st Dist. Hamilton No. C–120794, 2013-Ohio-

668; and briefing schedule stayed.

PFEIFER, J., dissents.